IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VERNON KITTLES, Inmate #40292-004, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-594-GPM |
| | ) |
| DARYL COCKRIDGE, RUSTY KRIST, and C.O. DALLAPE, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

On September 12, 2006, Plaintiff moved this Court for voluntary dismissal of the action (Doc. 8). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: 09/21/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge